UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-20003-MC-LENARD/O'SULLIVAN

SCA TISSUE NORTH AMERICA, LLC,

    Plaintiff,

v.

TARZANA ENTERPRISES, LLC,

    Defendant.
_____/

## ORDER

THIS CAUSE is before the Court on East Continental Supplies, LLC's Motion to Quash Subpoena (DE # 1, 1/3/12).  Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure.  **Failure to do so may be deemed sufficient cause for granting the motion by default**.  (Emphasis supplied).

Having received no response to this motion, and a response having been due, it is

ORDERED AND ADJUDGED that the defendant shall file a response to East Continental Supplies, LLC's Motion to Quash Subpoena (DE # 1, 1/3/12) on or before February 16, 2012. The failure to file a response may result in an Order granting East Continental Supplies, LLC's Motion to Quash Subpoena (DE # 1, 1/3/12) in its entirety.  It is further

ORDERED AND ADJUDGED that East Continental Supplies, LLC shall serve this Order on both the plaintiff and defendant in this matter.  It is further

ORDERED AND ADJUDGED that East Continental Supplies, LLC shall file a notice with the Court once it has served this Order on both the plaintiff and defendant in this matter.

DONE AND ORDERED in Chambers at Miami, Florida this **2**<sup>nd</sup> day of February, 2012.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided:
U.S. District Court Judge Lenard
All counsel on record